**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA RAX,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES MILITARY, et al.,<br><br>    Defendants. | No. C 05-03247 JSW<br><br>**ORDER OF DISMISSAL** |

On November 10, 2005, this Court issued an Order Granting a Modified Extension of Time to Respond to the pending Order to Show Case why this case should not be dismissed for failure to comply with Federal Rule of Civil Procedure 8(a) and for lack of jurisdiction. The Court took under submission Plaintiff's application to proceed *in forma pauperis* pending resolution of the Order to Show Cause. Further, the Court advised Plaintiff that failure to respond to the Order to Show Cause on or before December 2, 2005 would result in dismissal of this action.

Therefore, the Court HEREBY DISMISSES the action without prejudice and DENIES Plaintiff's application to proceed *in forma pauperis*. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: December 13, 2005

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

**United States District Court**

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28